**Motion to dismiss granted, Appeal dismissed, and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00356-CV

---

## MICHAEL EVANGELISTA-YSASAGA, Appellant

## V.

## LEWIS CHARLES GRAVES, Appellee

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2021-71584**

---

### MEMORANDUM OPINION

This is an appeal from the trial court's judgment signed February 8, 2024. On July 25, 2024, appellee filed a motion to dismiss the appeal for want of jurisdiction. The motion focuses on the trial court's order signed May 7, 2024 which vacated the trial court's February 8, 2024 order. The vacating of the trial court's judgment means that it is not final, thus this court lacks jurisdiction to consider the appeal from it. *See Cameron v. Striker Infusion Servs., LLC*, No. 14-23-00921-CV, 2024 WL

2002764, at \*1 (Tex. App.—Houston [14th Dist.] May 7, 2024, no pet.) (per curiam) (mem. op.); *Thomas v. Arrow Fin. Servs., LLC*, No. 09-09-00160-CV, 2010 WL 668783, at \*1 (Tex. App.—Beaumont Feb. 25, 2010, no pet.) (mem. op.).

Accordingly, we grant appellee's motion and dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.